FILED

06/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0252

STATE OF MONTANA,

       Plaintiff and Appellee,

v.

NATHAN EDWARD HOWARD,
JOHNATHAN HETTINGER, and
JOSEPH BULLINGTON,

       Defendants and Appellants.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 30, 2021, within which to prepare, file, and serve Appellants' opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 14 2021